Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34679−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luis Orellana
aka Luis A Orellana
1607 83rd Street
North Bergen, NJ 07047

Susana Orellana
aka Susana P Orellana
1607 83rd Street
North Bergen, NJ 07047

Social Security No.:
   xxx−xx−9541                                              xxx−xx−6024

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/5/19
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Fitzgerald & Crouch, P.C., Debtor's Attorney,

COMMISSION OR FEES
$2,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured creditors under the plan.

☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2019
JAN:

                                        Jeanne Naughton
                                        Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-34679-SLM
Luis Orellana                                                       Chapter 13
Susana Orellana
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 2             Date Rcvd: Oct 07, 2019
                               Form ID: 137               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db/jdb         +Luis Orellana,    Susana Orellana,    1607 83rd Street,    North Bergen, NJ 07047-4250
sp             +John FX Kennedy,    Harrell, Smith, and Williams, LLC,    767 Central Avenue,
                 estfield, NJ 07090-2528
517217914      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518423115       CSMC 2018-RPL12 Trust,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004, Irvine, CA 92619
518423116      +CSMC 2018-RPL12 Trust,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004, Irvine, CA 92619,    CSMC 2018-RPL12 Trust,
                 c/o Rushmore Loan Management Services,    P.O. Box 55004, Irvine, CA 92619-5004
517323005       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517217916      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517217917      +Chase Ink,    PO Box 15123,   Wilmington, DE 19850-5123
517217918      +Comenitybank/Total Rewards Visa,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517217924      +Raymour & Flanigan/TDRCS,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517217925      +State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
517283308      +TD Retail Card Services,    c/o Creditors Bankruptcy Services,    P O Box 800849,
                 Dallas, TX 75380-0849
517217927     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517217926      +The Home Depot/Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517231208      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517217915      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 00:23:39      Capital One Best Buy,
                 Capital One Retail Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
517326627       E-mail/Text: bnc-quantum@quantum3group.com Oct 08 2019 00:14:46
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517217919      +E-mail/Text: dplbk@discover.com Oct 08 2019 00:15:18      Discover Personal Loan,
                 Attn: Bankruptcy,    Po Box 30954,   Salt Lake City, UT 84130-0954
517245585      +E-mail/Text: dplbk@discover.com Oct 08 2019 00:15:18      Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
517217920      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 08 2019 00:14:16      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517268930       E-mail/Text: bankruptcy.bnc@ditech.com Oct 08 2019 00:14:16
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517217921      +E-mail/Text: bankruptcy@huntington.com Oct 08 2019 00:14:50      Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,   Columbus, OH 43234-0996
517217922      +E-mail/Text: bncnotices@becket-lee.com Oct 08 2019 00:13:55      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
517217923      +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 00:21:23      Lowes/Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517221001      +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 00:23:31      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517324241      +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 00:22:23      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517229327      +E-mail/Text: bankruptcy@huntington.com Oct 08 2019 00:14:50      The Huntington National Bank,
                 PO Box 89424,    Cleveland OH 44101-6424
517217928      +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 00:23:31      Toys 'R' Us/Syncb,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              Raffi T Khorozian
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin                    Page 2 of 2                   Date Rcvd: Oct 07, 2019
                               Form ID: 137                   Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
          Danielle Boyle-Ebersole    on behalf of Creditor    CSMC 2018-RPL12 TRUST
           debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Joint Debtor Susana  Orellana nickfitz.law@gmail.com
          Nicholas Fitzgerald    on behalf of Debtor Luis  Orellana nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Luis  Orellana nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          Sarah J. Crouch    on behalf of Joint Debtor Susana  Orellana nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```