UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

**Order Filed on November 6, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

LUIS ORELLANA
SUSANA ORELLANA

Case No.: 17-34679

Chapter: 13

Judge: Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Crouch, P.C._____, the applicant, is allowed a fee of $ \_\_\_\_$2,200.00\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_0.00\_\_\_\_ for a total of $\_\_\_\_$2,200.00\_\_\_\_. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_377.00\_\_\_ per month for \_\_\_13\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*