Page 1
Marguerite Mounier-Wells. Esq. (MMW 5960)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Phone: (201)533-1100
Fax: (201)533-1111
Attorney for the Debtors

Order Filed on December 6,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------------------------------x
In Re:

LUIS ORELLANA
SUSANA ORELLANA,

Debtors.
-----------------------------------------------------------x

Chapter 13

Case No.: 17-34679

Honorable Stacey L. Meisel

HEARING DATE: 11/13/2019
       10:00 a.m.

ORDER APPROVING CO-DEBTOR'S PARTIAL PERSONAL INJURY
SETTLEMENT *NUNC PRO TUNC*

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Luis & Susana Orellana
Case No. 17-34679
Caption:    ORDER APPROVING CO-DEBTOR'S PARTIAL PERSONAL INJURY SETTLEMENT *NUNC PRO TUNC*

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving the co-debtor's partial personal injury settlement *nunc pro tunc*, and the Court having examined the evidence presented, and for good cause shown;

It is

**ORDERED AND DECREED,** that the co-debtor's partial personal injury settlement hereby attached as Exhibit A to this Order is approved; and it is further

**ORDERED AND DECREED,** that of the $32,500.00 representing the co-debtor's partial personal injury settlement, the co-debtor is entitled to receive $21,513.01 after paying counsel fees and expenses; and it is further

**ORDERED AND DECREED,** that of the $21,513.01 representing the co-debtor's award after counsel fees and expenses, $21,224.27 is exempt and not subject to disbursement by the Chapter 13 Trustee.

**ORDERED AND DECREED,** that of the $21,513.01 representing the co-debtor's partial personal injury settlement, $288.74 is non-exempt and subject to disbursement by the Chapter 13 Trustee; and it is further

**ORDERED AND DECREED,** that the co-debtor shall pay within seven (7) days of the entry of this Order $288.74, representing the turnover of the non-exempt funds disbursed to her by her personal injury counsel; and it is further

**ORDERED AND DECREED,** that fees in the amount of $10,822.50 to Harrell, Smith & Williams, LLC, counsel for the co-debtor, are hereby approved by this Court.

Marguerite Mounier-Wells. Esq. (5960)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Phone: (201)533-1100
Fax: (201)533-1111
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey
-----------------------------------------------------------x
In Re:                                                      Chapter 13

                                                            Case No.: 17-34679

LUIS ORELLANA
SUSANA ORELLANA,                                            Honorable Stacey L. Meisel

                                                            HEARING DATE: 11/13/2019
                                                                          10:00 a.m.

Debtors.
-----------------------------------------------------------x

       Exhibit A – Settlement & Release, Stipulation of Dismissal & Disbursement Sheet

## STATEMENT OF SETTLEMENT

CLIENTS NAME: Susana Orellana						D/A: 1/02/2016

**RECEIPTS**
Received in full settlement of all claims					$	32,500.00

**DISBURSEMENTS**
The following out-of-pocket expenses have been
made on your behalf:

None

TOTAL										$	0.00

Harrell Smith & Williams, LLC - 33.33% counsel fee			$	10,822.50
(referral fees to be paid out of this)

The following medical expenses will be made on your behalf:

First Choice Chiro								$	164.49

TOTAL										$	164.49

BALANCE DUE CLIENT								$	21,513.01

*I have examined and find in proper order and satisfactory in all respects the forgoing Statement of Settlement and I hereby authorize you to deduct from the Settlement obtained and collected from the defendants and direct you to pay against receipt therefor, the items mentioned in the Statement of Settlement.*

*I hereby acknowledge that said items are proper expenditures and charges are satisfactory in amount.*

*I also hereby acknowledge that I am completely satisfied with the manner in which you have handled the within action and with the disbursement of the monies as set forth in the Statement of Settlement.*

*I hereby acknowledge that any and all unpaid medical bills not paid by PIP Insurance or personal health insurance are the personal responsibility of the client whether or not set forth in the Statement of Settlement, and that the law firm of Harrell, Smith & Williams, LLC will be held harmless if any legal action is taken against me for nonpayment of these medical bills.*

DATED						_Susana Orellana_ (signed)
							Susana Orellana

10/4/2019

*Law Offices of*

**HARRELL SMITH & WILLIAMS, LLC**

**767 Central Avenue**
**Westfield, New Jersey 07090**
Tele: 908.264.7228
Fax: 908.543.7039
www.HarrellSmithWilliams.com

Kenneth M. Harrell•
James Bayard Smith, Jr.
Daniel J. Williams

•Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Leigh A. Raffauf
*PIP Litigation Director*
John FX Kennedy•
*Of Counsel*

September 13, 2019

Law Office of Eric H. Bennett
3 University Plaza Suite 502
Hackensack, NJ 07601
Attn: Jennifer Obodo, Esq.

    RE:    Susan Orellana v. Luis Orellana
             Docket No: HUD-L-4906-17

Dear Ms. Obodo:

Enclosed please find a fully executed Release in the amount of $32,500.00. Please forward your settlement check payable to Susanna Orellana and Harrell, Smith & Williams, LLC, her attorneys as soon as possible.

Additionally, enclosed herewith is a W-9 form, Charles Jones Child Support Search and a Stipulation of Dismissal.

Thank you for your time and attention.

                                    Very truly yours,
                                    HARRELL, SMITH & WILLIAMS, LLC
                                    *John F.X. Kennedy /s/*
JFK/fd/Encl.                        BY: JOHN F.X. KENNEDY, ESQ.

## RELEASE IN FULL OF BODILY INJURY CLAIMS

Claim Number: 0485480270101031                    Code:    J155.

    FOR AND IN CONSIDERATION of the payment to Susanna Orellana *(Releasor(s))* by and on behalf of Victor R Cortes, Kristine A Santana and GEICO INDEMNITY COMPANY *(Releasee(s))* of the sum of THIRTY-TWO THOUSAND FIVE-HUNDRED DOLLARS AND 00/100 ($32,500.00), and other good and valuable consideration, receipt of which is hereby acknowledged, Releasor(s) hereby and for his/her/their heirs, executors, administrators, successors and assigns, do/does release, acquit, and forever discharge Releasee(s) and their agents, servants, successors, heirs, executors, administrators of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, loss of consortium, expenses and compensation whatsoever, which Releasor(s) now have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen, bodily and personal injuries, and the consequences thereof resulting or to result from the accident, casualty or event, or death which occurred on or about January 2nd, 2016 at or near 51st Street & Tonnelle Avenue in North Bergen, New Jersey, which is also the subject of an action entitled "Orellana v. Cortes & Santana" filed with the Superior Court of New Jersey, Law Division, County of Hudson under Docket Number HUD-L-4906-17.

    IT IS UNDERSTOOD AND AGREED that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that Releasee(s) deny liability therefore and intend merely to avoid litigation.

    Releasor(s) hereby declare and represent that the injuries sustained are or may be permanent and progressive and that recovery there from is uncertain and indefinite and in making this Release it is understood and agreed that Releasor(s) rely wholly upon his/her/their belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefore and that this Release is made without reliance upon any statement or representation of the party or parties hereby released or their representatives.

    Further, Releasor(s) state that while he/she/they hereby release any and all claims against Releasee(s) and their heirs, executors, administrators, agents, employees, successors, and assigns, for both past and future losses, including medical expense, health care and related expenses, the necessity for future medical treatment and expenses incurred is speculative and unknown at this time and therefore, as a result, Releasor(s) reserve the right to pursue and recover all future medical expenses, health care and related expenses, from any person, firm or organization who may be responsible for payment of such expenses, including any first-party health or automobile insurance coverage, *but such reservation does not include Releasee(s).*

    Nothing in this Release should be construed to release any health care provider, or any insurance company from its obligation to provide underinsured/uninsured motorist benefits, personal injury protection benefits, medical payments coverage, health insurance coverage, major medical insurance coverage, disability insurance coverage or life insurance coverage from any claims arising out of the above described incident.

    In reaching agreement on the terms of this Release, the parties acknowledge Releasor's possible entitlement to Social Security disability benefits pursuant to 42 U.S.C., Section 423, and any related conditional payments by Medicare or Medicaid under 42 U.S.C., Section 1395y. The parties agree that this settlement is intended to provide Releasor(s) a lump sum and/or future periodic payment which will foreclose Releasee(s) responsibility for future payment of all injury related medical expenses, if any.

    Releasor(s) agrees to hold harmless and indemnify Releasee(s) from any cause of action, including, but not limited to, an action by CMS to recover or recoup Medicare payments, including past, present, and any future conditional payments.

IN FURTHER CONSIDERATION of said payment, Releasor(s) agree to defend, protect, indemnify and hold harmless Releasee(s) from any and every claim or demand, loss and expense of every kind, which may ever be asserted by him/her/them, on his/her/their account, or by anyone else, arising out of any bodily injuries sustained by Releasor(s) as set forth above, and Releasee(s) shall be entitled to plead this obligation and this Release in defense of any such claim. Releasor(s) specifically undertake and agree to defend, indemnify and hold harmless Releasee(s) for any claims, demands, liens, or assignments, relating to the medical care, diagnosis, or treatment of Releasor(s), and any workers compensation claims, demands or liens now pending, or which may be asserted in the future, and any liens arising out of the legal representation of Releasor(s).

Releasor(s) further represent(s) that he/she/they are of legal age and have read and understand this Release of all Claims and Indemnification Agreement and that he/she/they has/have had the opportunity to consult with counsel prior to executing the same.

SIGNED AND SEALED THIS __13th__ DAY OF __September__, 20_19_.

_____         _Susana Orellana_____
Witness                                  Releasor

_____         _____
Witness                                  Releasor

**STATE OF NEW JERSEY**            )
                                   ) SS.
**COUNTY OF** _____    )

The foregoing instrument was acknowledged before me this _____ day of _____ _____, 20___, by _____, who is/are personally known to me or who has/have produced _____ _____ as identification and who did take an oath.

_____
NOTARY PUBLIC

Printed Named: _____
Commission No.: _____
My Commission Expires: _____

"Any person who knowingly files a statement of claim containing any false or misleading information is subject to civil and criminal penalties"

Claim Number: 0497306450101010  Code:  J155

_John F.X. Kennedy_
John F.X. Kennedy
Attorney At Law
State of New Jersey

Sensitivity: Confidential

**HARRELL SMITH & WILLIAMS, LLC**
John F.X. Kennedy, Esq.
NJ Attorney ID #: 034931989
767 Central Avenue
Westfield, NJ 07090
Phone: 908-543-7037
Fax: 908-543-7039
Attorneys for the Plaintiff

| | |
|---|---|
| SUSANNA ORELLANA, <br><br> *Plaintiff*, <br><br> vs. <br><br> LUIS ORELLANA, HONDA LEASE TRUST, VICTOR CORTES, KRISTINE SANTANA, DANIEL MILLS, ANDERSON LEASING INC., JOHN DOES 1-10 AND ABC CORPS. 1-10, (representing currently unknown or unidentified defendants who contributed to the happening of the accident and/or plaintiff's injuries and damages) <br><br> *Defendants*. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION – HUDSON COUNTY <br> DOCKET NO.: HUD-L-4906-17 <br><br> *Civil Action* <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS KRISTINA SANTANA AND VICTOR CORTES** |

The matter in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against **Defendants, KRISTINA SANTANA and VICTOR CORTES**

Harrell Smith & Williams, LLC

By: /s/ John F.X. Kennedy
John F.X. Kennedy, Esq.
Attorney for Plaintiff, Susanna Orellana

Law Office of Eric Bennett

By: /s/
Jennifer Ojobo, Esq.
Atty for Defendants, Santana & Cortes

Dated: September 13, 2019

*Charles Jones*
A DataTrace Company

\* \* \* CHILD SUPPORT JUDGMENT SEARCH \* \* \*
NEW JERSEY SUPERIOR COURT

543-7037-90         RE: SUSANNA ORELLANA

CERTIFIED TO:

    HARRELL SMITH & WILLIAMS LLC
    767 CENTRAL AVE
    WESTFIELD NJ 07090

CHARLES JONES LLC HEREBY CERTIFIES THAT IT HAS SEARCHED THE INDEX OF
THE CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF NEW JERSEY
AND DOES NOT FIND REMAINING UNSATISFIED OF RECORD THEREIN A JUDGMENT
FOR CHILD SUPPORT PURSUANT TO N.J.S.A. 2A:17-56.23(B) EXCEPT AS SET
FORTH BELOW AGAINST:

                                                      FROM        TO

SUSANNA ORELLANA                           09-01-1992  09-11-2019
    SSN: XXX-XX-6024
    \*\*\* Name is CLEAR \*\*\*

DATED      09-11-2019
TIME       08:45 AM

FEES: $ 10.00
TAX:  $  0.00
TOTAL:$ 10.00                            CHARLES JONES LLC
                                              P.O. BOX 8488
CJ19-256-03115   256   0756256 01      TRENTON, NJ 08650

**Form W-9** (Rev. December 2014)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
**Harrell Smith & Williams, LLC**

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification; check only one of the following seven boxes:
- [ ] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [x] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **P**
- [ ] Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

5 Address (number, street, and apt. or suite no.)
**767 Central Ave**

6 City, state, and ZIP code
**Westfield, N.J. 07090**

7 List account number(s) here (optional)

**Part I — Taxpayer Identification Number (TIN)**

Employer identification number: **47-1613156**

**Part II — Certification**

Signature of U.S. person ▶ [signed]    Date ▶ **1/29/15**

Form W-9 (Rev. 12-2014)
Cat. No. 10231X

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-34679-SLM
Luis Orellana                                                       Chapter 13
Susana Orellana
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 1                   Date Rcvd: Dec 06, 2019
                               Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db/jdb        +Luis Orellana,    Susana Orellana,    1607 83rd Street,    North Bergen, NJ 07047-4250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    CSMC 2018-RPL12 TRUST
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marguerite Mounier-Wells    on behalf of Debtor Luis Orellana nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marguerite Mounier-Wells    on behalf of Joint Debtor Susana Orellana nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Susana Orellana Fitz2Law@gmail.com
              Nicholas Fitzgerald    on behalf of Debtor Luis Orellana Fitz2Law@gmail.com
              Sarah J. Crouch    on behalf of Joint Debtor Susana Orellana nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.
               com
              Sarah J. Crouch    on behalf of Debtor Luis Orellana nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com;fitz2law@gmail.
               com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11