| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Luis Orellana<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9541<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Susana Orellana<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6024<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–34679–SLM | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Luis Orellana                                Susana Orellana
aka Luis A Orellana                          aka Susana P Orellana

2/17/21                                      **By the court:** Stacey L. Meisel
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Orellana  
Susana Orellana  
    Debtors

Case No. 17-34679-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Luis Orellana, Susana Orellana, 1607 83rd Street, North Bergen, NJ 07047-4250 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| sp | + | John FX Kennedy, Harrell, Smith, and Williams, LLC, 767 Central Avenue, estfield, NJ 07090-2565 |
| 518423115 | | CSMC 2018-RPL12 Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 518423116 | + | CSMC 2018-RPL12 Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, CSMC 2018-RPL12 Trust, c/o Rushmore Loan Management Services P.O. Box 55004, Irvine, CA 92619-5004 |
| 517217918 | + | Comenitybank/Total Rewards Visa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517217920 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517268930 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517217924 | + | Raymour & Flanigan/TDRCS, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 517217925 | + | State Of Nj Student As, Po Box 543, Trenton, NJ 08625-0543 |
| 517283308 | + | TD Retail Card Services, c/o Creditors Bankruptcy Services, P O Box 800849, Dallas, TX 75380-0849 |
| 517231208 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517217914 | + | EDI: AMEREXPR.COM | Feb 18 2021 01:28:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517217915 | + | EDI: CAPITALONE.COM | Feb 18 2021 01:28:00 | Capital One Best Buy, Capital One Retail Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517323005 | | EDI: BL-BECKET.COM | Feb 18 2021 01:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517326627 | | EDI: Q3G.COM | Feb 18 2021 01:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517217919 | + | EDI: DISCOVERPL | Feb 18 2021 01:28:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 517245585 | + | EDI: DISCOVERPL | Feb 18 2021 01:28:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517217921 | + | Email/Text: bankruptcy@huntington.com | Feb 17 2021 21:26:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 517217916 | | EDI: JPMORGANCHASE | Feb 18 2021 01:28:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517217917 | | EDI: JPMORGANCHASE | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517217922 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 18 2021 01:28:00 | Chase Ink, PO Box 15123, Wilmington, DE 19850 |
| 517217923 | + | EDI: RMSC.COM | Feb 17 2021 21:24:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517324241 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Lowes/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517221001 | + | EDI: RMSC.COM | Feb 18 2021 01:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517217927 | | EDI: TFSR.COM | Feb 18 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517217926 | + | EDI: CITICORP.COM | Feb 18 2021 01:28:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517229327 | + | Email/Text: bankruptcy@huntington.com | Feb 18 2021 01:28:00 | The Home Depot/Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517217928 | + | EDI: RMSC.COM | Feb 17 2021 21:26:00 | The Huntington National Bank, PO Box 89424, Cleveland OH 44101-6424 |
| | | | Feb 18 2021 01:28:00 | Toys 'R' Us/Syncb, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Raffi T Khorozian |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Antonio G. Bonanni | on behalf of Creditor CSMC 2018-RPL12 TRUST abonanni@hoflawgroup.com  pfranz@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor CSMC 2018-RPL12 TRUST dboyle-ebersole@orlans.com  pfranz@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Feb 17, 2021 Form ID: 3180W Total Noticed: 31

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marguerite Mounier-Wells | on behalf of Debtor Luis Orellana nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marguerite Mounier-Wells | on behalf of Joint Debtor Susana Orellana nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Joint Debtor Susana Orellana fitz2law@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Luis Orellana fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10