Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−34679−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis Orellana<br>aka Luis A Orellana<br>1607 83rd Street<br>North Bergen, NJ 07047 | Susana Orellana<br>aka Susana P Orellana<br>1607 83rd Street<br>North Bergen, NJ 07047 |

Social Security No.:
  xxx−xx−9541                                                xxx−xx−6024

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 19, 2021</u>          <u>Stacey L. Meisel</u>
                                      Judge, United States Bankruptcy Court